# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| KERRY BERN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAPPY MEDIUM, LLC,<br><br>　　　　Defendant. | Civil Action No. 4:22-cv-256<br><br>**COMPLAINT**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff KERRY BERN by and through undersigned counsel, brings this Complaint against Defendant HAPPY MEDIUM, LLC for damages and injunctive relief, and in support thereof states as follows:

## <u>SUMMARY OF THE ACTION</u>

1.　Plaintiff KERRY BERN ("Bern") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Bern's original copyrighted Work of authorship.

2.　Bern is a veteran and an award-winning architectural and real estate photographer based in Des Moines, Iowa. He has been a full-time commercial photographer for eight years. He was named the PFRE Photographer of the Month for January 2016 and since has been a judge for the monthly themed contest which attracts photo submissions from photographers all over the world. His work has appeared in several local and regional publications the last few years. He is an active member of the Home Builders Association of Greater Des Moines and is a noted activist regarding protecting photographers' copyrights.

3.　Defendant HAPPY MEDIUM, LLC ("Happy-Medium") is a full-service digital agency that produces digital marketing for their clients including websites and mobile

applications. At all times relevant herein, Happy-Medium owned and operated the internet website located at the URL www.itsahappymedium.com (the "Website").

4. Bern alleges that Happy-Medium copied Bern's copyrighted Work from the internet in order to advertise, market and promote its business activities. Happy-Medium committed the violations alleged in connection with Happy-Medium's business for purposes of advertising and promoting sales to the public in the course and scope of the Happy-Medium's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Iowa.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Happy Medium, LLC is a Iowa Limited Liability Company, with its principal place of business at 104 SW 4th Street, Suite B, Des Moines, IA 50309, and can be served by serving its Registered Agent, Katherine Patterson, 629 Polk Blvd., Des Moines, IA 50312.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2018, Bern created the photograph entitled "250A8035", which is shown below and referred to herein as the "Work".



11. Bern registered the Work with the Register of Copyrights on September 19, 2018 and was assigned the registration number VA 2-123-376. The Certificate of Registration is attached hereto as Exhibit 1.

12. Bern's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secret.

13. At all relevant times Bern was the owner of the copyrighted Work at issue in this case.

## **INFRINGEMENT BY DEFENDANT**

14. Happy-Medium has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Happy-Medium copied the Work.

16. On or about December 1, 2020, Bern discovered the unauthorized use of the Work on the Website. The Work was used as part of Happy-Medium's Website "Social Snapshot" involving a home builder's association and HomeShowExpo event.

17. Happy-Medium copied Bern's copyrighted Work without Bern's permission.

18. After Happy-Medium copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its HomeShowExpo event.

19. Happy-Medium copied and distributed Bern's copyrighted Work in connection with Happy-Medium's business for purposes of advertising and promoting Happy-Medium's business, and in the course and scope of advertising and selling products and services.

20. Bern's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secret.

21. Happy-Medium committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Bern never gave Happy-Medium permission or authority to copy, distribute or display the Work at issue in this case.

23. Bern notified Happy-Medium of the allegations set forth herein on December 22, 2020. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Bern incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Bern owns a valid copyright in the Work at issue in this case.

26. Bern registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Happy-Medium copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Bern's authorization in violation of 17 U.S.C. § 501.

28. Happy-Medium performed the acts alleged in the course and scope of its business activities.

29. Happy-Medium's acts were willful.

30. Bern has been damaged.

31. The harm caused to Bern has been irreparable.

WHEREFORE, the Plaintiff Kerry Bern prays for judgment against the Defendant Happy Medium, LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendant be required to pay Plaintiff actual damages and Happy-Medium's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Plaintiff be awarded pre and post-judgment interest; and

      e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated:  August 5, 2022                Respectfully submitted,

*/s/ Jonathan L. Kennedy*
Jonathan L. Kennedy
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  jonathan.kennedy@ipmvs.com
Email:  mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF KERRY BERN*